# Exhibit A

| From: | Smith, Mark |
|---|---|
| To: | Aerosonic554; troy.fuhrman@hwhlaw.com; Allison Stevenson; alicia.cardinez@hwhlaw.com; trudy.creekmore@hwhlaw.com; Kay, Randall E. |
| Cc: | PH-Joby-Aerosonic; Paul Thanasides; Hillary Thornton |
| Subject: | Aerosonic v. Joby (MD Fla) |
| Date: | Wednesday, June 25, 2025 11:39:20 PM |
| Attachments: | image001.png |
| | 2025-06-25 Joby"s First Set of Interrogatories to Aerosonic (No. 1).pdf |
| | 2025-06-25 Joby"s First Set of RFPs to Aerosonic (Nos. 1-12).pdf |

Counsel,

Please find attached Joby's first set of interrogatories and first set of requests for production.

Best,

Mark



**Mark Smith | Of Counsel, Litigation (IP)**
Paul Hastings LLP | 71 S. Wacker Drive, Forty-Fifth Floor, Chicago, IL 60606 | Direct: +1.312.499.6068 | Main: +1.312.499.6000 | Fax: +1.312.499.6168 | marksmith@paulhastings.com | www.paulhastings.com