# Exhibit B.

| Exhibit No. | Exhibit Description | Bates No. | Sponsoring Witnesses |
|---|---|---|---|
| | | | Bais, Afaghi, O'Connor, Aramburu, Boggio, Wagner, |
| PX-0061 | September 24, 2021 NDA | JOBY00184062 | Calles, Van Bemden |
| PX-0062 | Joby March 30, 2022 Slack Conversation | JOBY00197628 | Bais, Wagner |
| PX-0063 | removed for duplicate | N/A | N/A |
| | | | O'Connor, Bais, Simon, Otu-Amoah, Calles, Kikta, Van |
| PX-0064 | Aerosonic September 27, 2021 Quote | ASC_24005 | Bemden, Rice |
| PX-0065 | Joby November 9, 2021 Purchase Order PO-001373-3 | ASC_22907 | O'Connor, Atluri, Van Bemden |
| | | | Malackowski, O'Connor, Bais, Calles, Kikta, Van Bemden, |
| PX-0066 | Aerosonic April 6, 2022 Invoice for PO-001373-3 | ASC_25677 | Turner, Atluri |
| PX-0067 | Aerosonic Packing Slip for PO-001373-3 | ASC_29437 | [removed] |
| | | | Calles, Bais, Aramburu, |
| PX-0068 | Joby March 8, 2022 Slack Conversation | JOBY00508774 | O'Connor |
| PX-0069 | Joby March 24, 2022 Slack Conversation | JOBY00547044 | Aramburu, Wagner |
| | | | Calles, Aramburu, O'Connor, |
| PX-0070 | Joby May 2, 2022 Slack Conversation | JOBY00133105 | Boggio, MacAfee |
| | | | O'Connor, Bais, Simon, Otu-Amoah, Calles, Kikta, Van |
| PX-0071 | Aerosonic September 24, 2021 Email | ASC_02673 | Bemden, Rice |
| | | | Kumar, Malackowski, Bais, |
| PX-0072 | Aerosonic March 11, 2022 Email | ASC_02625 | Calles, Afaghi, Turner |
| | | | Bais, Afaghi, Calles, Van |
| PX-0073 | Aerosonic July 15, 2022 Email | ASC_02638 | Bemden, Turner |
| | | | Kumar, Moynihan, Turner, |
| PX-0074 | Aerosonic SLZ-8400-2R Rev. B Drawing | ASC_02639 | Atluri, Van Bemden |
| | | | Kumar, Turner, Atluri, Van |
| PX-0075 | Aerosonic SLZ-8400-2L Rev. B Drawing | ASC_02641 | Bemden |
| | | | Otu-Amoah, O'Connor, |
| PX-0076 | Joby November 9, 2021 Email Correspondence | ASC_22901 | Calles, Atluri, Bais |
| PX-0077 | Joby April 16, 2021 Slack Conversation | JOBY00126399 | Calles, Kikta |
| PX-0078 | Joby September 14, 2021 Slack Conversation | JOBY00128940 | Calles, Bais, Kikta |
| PX-0079 | Joby September 20, 2021 Email Correspondence | JOBY00596432 | Simon, Otu-Amoah |
| PX-0080 | Joby April 23, 2021 Slack Conversation | JOBY00126534 | Calles, Kikta |
| | | | O'Connor, Bais, Simon, Otu-Amoah, Calles, Kikta, Van |
| PX-0081 | Aerosonic September 27, 2021 Email Correspondence | ASC_23994 | Bemden, Rice |
| | Joby S4V2.1 Integrated Flight and Propulsion Control System (IFPCS) Air Data Probe Make-Buy Recommendation dated December 15, | | Malackowski, Kikta, Wagner, |
| PX-0082 | 2022 | JOBY00115040 | Bais, Calles |
| | | | Malackowski, Bais, Afaghi, O'Connor, Aramburu, Boggio, |
| PX-0083 | Joby OneNote File | JOBY00529588 | Wagner, Calles |
| PX-0084 | Joby July 29, 2022 Slack Conversation | JOBY00167628 | Aramburu, Wagner, Calles |
| PX-0085 | Joby March 24, 2022 Slack Conversation | JOBY00120845 | Wagner |
| PX-0086 | Joby June 21, 2022 Slack Conversation | JOBY00127101 | Wagner, Afaghi |
| PX-0087 | Joby September 24, 2021 Email Correspondence | JOBY00184061 | Wagner, Otu-Amoah |
| PX-0088 | Joby August 17, 2023 Slack Conversation | JOBY00575008 | Aramburu, MacAfee |
| PX-0089 | Joby August 23, 2023 Slack Conversation | JOBY00115882 | Calles, Bais, Aramburu |
| PX-0090 | Ex. 18 to Wagner Deposition March 23, 2026  (JOBY00646025 and JOBY00597195) | N/A (deposition ex.) | Wagner |
| PX-0091 | Munro & Associates Joby Video | MUNRO_00000014 | Wagner, Calles, Kikta |
| PX-0092 | Ex. 22 to Wagner Deposition March 23, 2026 (J. Pade June 13, 2025 Letter) | N/A (deposition ex.) | Wagner |
| | | | Nye, Bais, Afaghi, O'Connor, Aramburu, Boggio, Wagner, |
| PX-0093 | Recorded Video of Joby S4V2.1 IFPCS ADS Delta-PDR April 13, 2023 Presentation | JOBY00222033 | Calles |
| | | | Kumar, Bais, Afaghi, O'Connor, Aramburu, Boggio, |
| PX-0094 | Integrated Air Data Probe (IDP) 204512-004 CAD Spin.pptx | JOBY00230901 | Wagner, Calles |
| | | | O'Connor, Wagner, Calles, |
| PX-0095 | Ex. 5 to O'Connor Deposition Feb. 10, 2026 | N/A (deposition ex.) | Kikta |
| | | | O'Connor, Wagner, Calles, |
| PX-0096 | Ex. 6 to O'Connor Deposition Feb. 10, 2026 | N/A (deposition ex.) | Kikta |
| | | | O'Connor, Ohmit, Calles, |
| PX-0097 | Joby August 29, 2022 Email Correspondence | JOBY00017881 | Bais, Aramburu, Kikta, Afaghi |
| PX-0098 | Joby September 2, 2021 Email Correspondence | JOBY00019660 | Moynihan, Bais |
| | | | Moynihan, Bais, Simon, O'Connor, Calles, Nelson |
| PX-0099 | Joby September 1, 2021 Email Correspondence | JOBY00018148 | |
| | | | Ohmit, Calles, Kikta, Bais, |
| PX-0100 | Joby September 23, 2021 Email Correspondence | JOBY00018118 | O'Connor |
| | | | Moynihan, O'Connor, Bais, Simon, Calles, Kikta, Van |
| PX-0101 | Joby September 25, 2021 Email Correspondence | JOBY00018110 | Bemden |
| PX-0102 | Joby 10-K for fiscal year ended December 31, 2024 | ASC_00029 | Malackowski |
| PX-0103 | Aerosonic Email Correspondence December 5, 2023 | ASC_0186145 | Atluri, Van Bemden |
| PX-0104 | Aerosonic Email Correspondence December 11, 2023 | ASC_0354175 | Atluri |
| PX-0105 | Aerosonic March 14, 2018 Invoice | ASC_0741317 | Van Bemden |
| PX-0106 | Aerosonic Business and ROM Commercial Proposal Q10616R2 December 19, 2019 | ASC_0089703 | Atluri, Turner |
| PX-0107 | Aerosonic Email Correspondence September 15, 2021 | ASC_0699646 | Van Bemden |
| PX-0108 | Aerosonic Email Correspondence April 28, 2020 | ASC_50436 | Van Bemden |

| Exhibit No. | Exhibit Description | Bates No. | Sponsoring Witnesses |
|---|---|---|---|
| PX-0623 | Joby June 21, 2022 Slack Conversation | JOBY00188011 | Afaghi, Wagner |
| PX-0624 | Joby June 21, 2022 Slack Conversation | JOBY00122117 | Afaghi, Wagner |
| PX-0625 | Joby June 21, 2022 Slack Conversation | JOBY00134248 | Calles, Bais, Afaghi |
| PX-0626 | Joby June 21, 2022 Slack Conversation | JOBY00115015 | Bais, Kikta |
| PX-0627 | Joby June 21, 2022 Slack Conversation | JOBY00115625 | Calles, Bais |
| PX-0628 | Joby June 21, 2022 Slack Conversation | JOBY00124234 | Kikta |
| PX-0629 | Joby June 30, 2022 Slack Conversation | JOBY00116950 | Wagner |
| PX-0630 | Joby May 31, 2022 Slack Conversation | JOBY00120486 | O'Connor |
| PX-0631 | Joby June 22, 2022 Slack Conversation | JOBY00579173 | O'Connor |
| PX-0632 | Joby June 29, 2022 Slack Conversation | JOBY00120748 | Calles |
| PX-0633 | IFPCS-253.html | JOBY00223044 | Calles |
| PX-0634 | ▮▮▮▮ Aerosonic NDA | ASC_0705449 | Van Bemden |
| PX-0635 | 2019 Joby Aerosonic NDA | ASC_0736045 | Nelson, O'Connor, Van Bemden |
| PX-0636 | September 2019 email re Joby Aerosonic NDA | ASC_0736043 | Nelson, O'Connor, Van Bemden |
| PX-0637 | ▮▮ Aerosonic NDA | ASC_80426 | Van Bemden |
| PX-0638 | ▮▮ Aerosonic NDA | ASC_81988 | Van Bemden |
| PX-0639 | ▮▮▮▮ Aerosonic NDA | ASC_37107 | Van Bemden |
| PX-0640 | ▮▮ Aerosonic NDA | ASC_50402 | Van Bemden |
| PX-0641 | ▮▮▮▮ Aerosonic NDA | ASC_50545 | Van Bemden |
| PX-0642 | Ex. B to Aerosonic December 23, 2025 Supplemental Interrogatory Responses | N/A (interrogatory ex.) | Van Bemden, Turner, Atluri |
| PX-0643 | Ex. C to Aerosonic December 23, 2025 Supplemental Interrogatory Responses | N/A (interrogatory ex.) | Van Bemden |
| PX-0644 | Joby September 21, 2021 Email Correspondence | JOBY00180891 | Simon, Otu-Amoah |
| PX-0645 | Aerosonic May 29, 2025 Email Correspondence | ASC_29435 | Van Bemden |
| PX-0646 | Aerosonic July 12, 2017 Email Correspondence | ASC_0740884 | Atluri, Turner |
| PX-0647 | Aerosonic July 7, 2017 Email Correspondence | ASC_0736961 | Atluri |
| PX-0648 | Aerosonic July 8, 2017 Email Correspondence | ASC_0740850 | Atluri, Turner |
| PX-0649 | Aerosonic July 12, 2017 Email Correspondence | ASC_0740876 | Atluri, Turner |
| PX-0650 | S4ATS_AEH_Acceptance_Test_Specifications_AEH_Acceptance_Test_Specifications_Integrated_Air_Data_Probe_(04-03-2026).pdf | JOBY00602187 | Bais, Afaghi, O'Connor, Aramburu, Boggio, Wagner, Calles |
| PX-0651 | S4ATS_AEH_Acceptance_Test_Specifications_AEH_Acceptance_Test_Specifications_Integrated_Air_Data_Probe.pdf | JOBY00513569 | Bais, Afaghi, O'Connor, Aramburu, Boggio, Wagner, Calles |
| PX-0652 | Air_Data_System_scs 20160909.docx | ASC_0697714 | Turner, Atluri |
| PX-0653 | Aerosonic December 1, 2021 Email Correspondence | ASC_0705454 | Simon, Schulz |
| PX-0654 | Aerosonic December 1, 2021 Email Correspondence | STS_00286 | Simon, Van Bemden |
| PX-0655 | 8420-Spec.docx | ASC_0599296 | Turner, Atluri, Van Bemden |
| PX-0656 | Aerosonic September 12, 2022 Email Correspondence | ASC_0737558 | Van Bemden |
| PX-0657 | Joby September 13, 2021 Email Correspondence | JOBY00018131 | Simon, Bais, Van Bemden |
| PX-0658 | IntegratedProbeComplianceMatrix_REV02(BWG_and_CN)_20220519_NJF_20220607.xlsx | ASC_0260875 | Van Bemden, Fergusson |
| PX-0659 | ▮▮▮ December 14, 2021 Email Correspondence | EAI246021 | Nichols |
| PX-0660 | Aerosonic February 16, 2022 Email Correspondence | ASC_0541959 | Fergusson |
| PX-0661 | 2021-09-02 Meeting notes - Aerosonic.html | JOBY00173019 | Bais, Calles, Otu-Amoah, O'Connor, Nelson |
| PX-0662 | Joby July 29, 2022 Email Correspondence | JOBY00106105 | Afaghi, Calles, Bais, Van Bemden, Turner |
| PX-0663 | Joby July 29, 2022 Slack Conversation | JOBY00192121 | Bais, Afaghi |
| PX-0664 | Joby Compliance Matrix.xlsx | JOBY00177238 | O'Connor, Aramburu, Boggio, Calles, Bais, Kikta, Wagner |
| PX-0665 | IntegratedProbeComplianceMatrix_REV02(BWG_and_CN)_20220519_NJF_20220607.xlsx | ASC_0736110 | O'Connor, Bais, Calles, Kikta, Turner, Atluri |
| PX-0666 | Joby March 14, 2022 Slack Conversation | JOBY00134076 | Calles, Bais, Afaghi |
| PX-0667 | Joby August 16, 2024 Email Correspondence | MUNRO_00000229 | Wagner, Calles, Kikta |
| PX-0668 | Joby March 24, 2022 Slack Conversation | JOBY00509519 | Wagner |
| PX-0669 | Joby July 5, 2024 Slack Conversation | JOBY00199481 | Calles, Aramburu, Iyer |
| PX-0670 | Joby September 1, 2022 Slack Conversation | JOBY00216883 | Calles |
| PX-0671 | Joby August 17, 2022 Slack Conversation | JOBY00115621 | Calles, Bais |
| PX-0672 | Joby September 14, 2021 Slack Conversation | JOBY00189226 | Aramburu |
| PX-0673 | Aerosonic Overview 2.pdf | ASC_0097936 | Nye |
| PX-0674 | Joby Aviation, Inc. Form 10-Q for the quarterly period ended March 31, 2025 | ASC_00154 | Malackowski |
| PX-0675 | https://ir.jobyaviation.com/news-events/press-releases/detail/130/joby-aviation-announces-closing-of-250-million-investment | ASC_00317 | Malackowski |
| PX-0676 | Scott O. Kjelgaard, Theoretical Derivation and Calibration Technique of a Hemispherical-Tipped, Five-Hole Probe (1988) | ASC_0523244 | Kumar |
| PX-0677 | Aerosonic and ▮▮▮▮▮▮▮▮▮▮ -.pdf | ASC_0696934 | Moynihan |
| PX-0678 | SN16-048kts-n05AOS.csv | ASC_18448 | Moynihan |
| PX-0679 | Joby Aviation, Inc. Form 10-K for the fiscal year ended December 31, 2021 | ASC_19612 | Malackowski |
| PX-0680 | https://ir.jobyaviation.com/news-events/press-releases/detail/32/joby-becomes-first-evtol-company-to-submit-area-specific | ASC_20230 | Malackowski |
| PX-0681 | Joby Aviation, Inc. Form 10-K for the fiscal year ended December 31, 2022 | ASC_20651 | Malackowski |
| PX-0682 | https://ir.jobyaviation.com/news-events/press-releases/detail/61/joby-and-toyota-expand-partnership-with-long-term-supply | ASC_20783 | Malackowski |
| PX-0683 | https://ir.jobyaviation.com/news-events/press-releases/detail/72/joby-selects-dayton-ohio-birthplace-of-aviation-for | ASC_20836 | Malackowski |
| PX-0684 | Joby Aviation, Inc. Form 10-K for the fiscal year ended December 31, 2023 | ASC_21239 | Malackowski |
| PX-0685 | https://ir.jobyaviation.com/news-events/press-releases/detail/99/joby-acquires-xwing-autonomy-division-looks-ahead-to | ASC_21492 | Malackowski |
| PX-0686 | 2023 Consolidated and FADS IS.pdf | ASC_36810 | Malackowski |
| PX-0687 | Aerosonic Corporation Annual Report for the fiscal year ended January 31, 2005. | ASC_37510 | Malackowski |
| PX-0688 | https://ir.jobyaviation.com/news-events/press-releases/detail/10/joby-aviation-welcomes-new-75m-investment-from-uber-as-it | JOBY00014342 | Malackowski |
| PX-0689 | https://ir.jobyaviation.com/news-events/press-releases/detail/133/joby-expands-manufacturing-capacity-in-california-and-ohio | JOBY00014379 | Malackowski |
| PX-0690 | https://ir.jobyaviation.com/news-events/press-releases/detail/138/jobys-first-conforming-aircraft-heads-to-final-assembly-in | JOBY00014384 | Malackowski |
| PX-0691 | https://ir.jobyaviation.com/news-events/press-releases/detail/140/joby-achieves-the-first-piloted-evtol-air-taxi-flight | JOBY00014387 | Malackowski |
| PX-0692 | https://ir.jobyaviation.com/news-events/press-releases/detail/141/joby-completes-acquisition-of-blades-passenger-business | JOBY00014388 | Malackowski |