**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AEROSONIC LLC,

Plaintiff,

v.

JOBY AERO, INC.

Defendant.

Case No. 8:25-cv-554-VMC-AAS

# VERDICT FORM

We answer the questions submitted to us as follows:

## Aerosonic's Claim for Breach of the NDA

**Question 1.** For each of Aerosonic's alleged Proprietary Information in the table below, did Aerosonic prove, by a preponderance of the evidence, that such Alleged Proprietary Information qualifies as Proprietary Information under the NDA?

| | |
|---|---|
| Alleged Proprietary Information No. 1 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 2 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 3 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 4 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 5 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 6 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 7 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Proprietary Information No. 8 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 10 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 12 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 14 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 16 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 18 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 20 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 21 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 22 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 23 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 24 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 25 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 26 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 27 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 28 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 29 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 30 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 31 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 32 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 33 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 34 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 35 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 37 | Yes ✓ No ___ |

| | |
|---|---|
| Alleged Proprietary Information No. 42 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 43 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 44 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 45 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 46 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 47 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 48 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 49 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 50 | Yes ✓ No ____ |

If you answered yes to any part of question 1, please proceed to question 2 and answer question 2 **ONLY** for the Alleged Proprietary Information for which your answer to question 1 is yes. If you answered no to all parts of question 1, please skip to question 7.

**Question 2.** Did Aerosonic prove, by a preponderance of the evidence, that Joby breached the NDA?

| | |
|---|---|
| Alleged Proprietary Information No. 1 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 2 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 3 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 4 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 5 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 6 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 7 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Proprietary Information No. 8 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 10 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 12 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 14 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 16 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 18 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 20 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 21 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 22 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 23 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 24 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 25 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 26 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 27 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 28 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 29 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 30 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 31 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 32 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 33 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 34 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 35 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 37 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Proprietary Information No. 42 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 43 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 44 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 45 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 46 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 47 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 48 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 49 | Yes ✓ No ___ |
| Alleged Proprietary Information No. 50 | Yes ✓ No ___ |

If you answered yes to any part of question 2, please proceed to question 3 and answer question 3 **ONLY** for the Alleged Proprietary Information for which your answer to question 2 is yes. If you answered no to all parts of question 2, please skip to question 7.

**Question 3.** Did Aerosonic prove, by a preponderance of the evidence, that the Alleged Proprietary Information (1) was not and did not become generally available to the public, (2) was not in Joby's possession or known to Joby without restriction prior to receipt from Aerosonic, (3) was not rightfully disclosed to Joby by a third party without restriction, and (4) was not independently developed without use of any Proprietary Information of Aerosonic by employees of Joby who have had no access to any such Proprietary Information?

| | |
|---|---|
| Alleged Proprietary Information No. 1 | Yes ✓ No ___ |

| | |
|---|---|
| Alleged Proprietary Information No. 2 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 3 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 4 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 5 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 6 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 7 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 8 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 10 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 12 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 14 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 16 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 18 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 20 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 21 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 22 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 23 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 24 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 25 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 26 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 27 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 28 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 29 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 30 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Proprietary Information No. 31 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 32 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 33 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 34 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 35 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 37 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 42 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 43 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 44 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 45 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 46 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 47 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 48 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 49 | Yes ✓ No ____ |
| Alleged Proprietary Information No. 50 | Yes ✓ No ____ |

If you answered yes to any part of question 3, please proceed to question 4. If you answered no to all parts of question 3, please skip to question 7.

**Question 4.** Damages for breach of the NDA.

What amount of money, if any, will fairly and reasonably compensate Aerosonic for the damages caused by Joby's breach of the NDA involving the items for which you answered yes to question 3?

Determine the full amount recoverable for this claim, counting the same harm only once within this answer. Do not reduce this amount for failure to mitigate or because the same harm may also be recoverable under the trade secret claim. Record any mitigation amount in question 6 and any overlap with trade secret damages in question 10.d. If you award nominal damages under the Court's instructions, include them here.

$ 68,626,042

**Question 5.** Did Joby prove, by a preponderance of the evidence, that Aerosonic failed to mitigate its damages?

Yes ___ No ✓

If your answer to question 5 is yes, then answer question 6. If you answered no to question 5, skip the next question and proceed to question 7.

**Question 6.** What amount of money should be deducted from the amount you awarded Aerosonic in response to question 4 for Aerosonic's failure to mitigate its damages?

$ N/A

Proceed to question 7.

## Aerosonic's Defend Trade Secrets Act Claim

**Question 7.** For each of Aerosonic's Alleged Trade Secrets in the table below, did Aerosonic prove, by a preponderance of the evidence, that it owns such Alleged Trade Secrets?

| | |
|---|---|
| Alleged Trade Secret No. 1 | Yes ✓ No ____ |
| Alleged Trade Secret No. 2 | Yes ✓ No ____ |
| Alleged Trade Secret No. 3 | Yes ✓ No ____ |
| Alleged Trade Secret No. 4 | Yes ✓ No ____ |
| Alleged Trade Secret No. 6 | Yes ✓ No ____ |
| Alleged Trade Secret No. 10 | Yes ✓ No ____ |
| Alleged Trade Secret No. 12 | Yes ✓ No ____ |
| Alleged Trade Secret No. 14 | Yes ✓ No ____ |
| Alleged Trade Secret No. 16 | Yes ✓ No ____ |
| Alleged Trade Secret No. 18 | Yes ✓ No ____ |
| Alleged Trade Secret No. 21 | Yes ✓ No ____ |
| Alleged Trade Secret No. 22 | Yes ✓ No ____ |
| Alleged Trade Secret No. 23 | Yes ✓ No ____ |
| Alleged Trade Secret No. 24 | Yes ✓ No ____ |
| Alleged Trade Secret No. 26 | Yes ✓ No ____ |
| Alleged Trade Secret No. 29 | Yes ✓ No ____ |
| Alleged Trade Secret No. 32 | Yes ✓ No ____ |
| Alleged Trade Secret No. 33 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Trade Secret No. 35 | Yes ✓ No ____ |
| Alleged Trade Secret No. 37 | Yes ✓ No ____ |
| Alleged Trade Secret No. 39 | Yes ✓ No ____ |
| Alleged Trade Secret No. 40 | Yes ✓ No ____ |
| Alleged Trade Secret No. 41 | Yes ✓ No ____ |
| Alleged Trade Secret No. 48 | Yes ✓ No ____ |
| Alleged Trade Secret No. 49 | Yes ✓ No ____ |
| Alleged Trade Secret No. 50 | Yes ✓ No ____ |

If you answered yes to any part of question 7, please proceed to question 8 and answer question 8 **ONLY** for the Alleged Trade Secrets for which your answer to question 7 is yes. If you answered no to all parts of question 7, please skip to question 13.

**Question 8.** Did Aerosonic prove, by a preponderance of the evidence, that each of the Alleged Trade Secrets qualifies as a trade secret?

| | |
|---|---|
| Alleged Trade Secret No. 1 | Yes ✓ No ____ |
| Alleged Trade Secret No. 2 | Yes ✓ No ____ |
| Alleged Trade Secret No. 3 | Yes ✓ No ____ |
| Alleged Trade Secret No. 4 | Yes ✓ No ____ |
| Alleged Trade Secret No. 6 | Yes ✓ No ____ |
| Alleged Trade Secret No. 10 | Yes ✓ No ____ |
| Alleged Trade Secret No. 12 | Yes ✓ No ____ |
| Alleged Trade Secret No. 14 | Yes ✓ No ____ |

| | |
|---|---|
| Alleged Trade Secret No. 16 | Yes ✓ No ____ |
| Alleged Trade Secret No. 18 | Yes ✓ No ____ |
| Alleged Trade Secret No. 21 | Yes ✓ No ____ |
| Alleged Trade Secret No. 22 | Yes ✓ No ____ |
| Alleged Trade Secret No. 23 | Yes ✓ No ____ |
| Alleged Trade Secret No. 24 | Yes ✓ No ____ |
| Alleged Trade Secret No. 26 | Yes ✓ No ____ |
| Alleged Trade Secret No. 29 | Yes ✓ No ____ |
| Alleged Trade Secret No. 32 | Yes ✓ No ____ |
| Alleged Trade Secret No. 33 | Yes ✓ No ____ |
| Alleged Trade Secret No. 35 | Yes ✓ No ____ |
| Alleged Trade Secret No. 37 | Yes ✓ No ____ |
| Alleged Trade Secret No. 39 | Yes ✓ No ____ |
| Alleged Trade Secret No. 40 | Yes ✓ No ____ |
| Alleged Trade Secret No. 41 | Yes ✓ No ____ |
| Alleged Trade Secret No. 48 | Yes ✓ No ____ |
| Alleged Trade Secret No. 49 | Yes ✓ No ____ |
| Alleged Trade Secret No. 50 | Yes ✓ No ____ |

If you answered yes to any part of question 8, please proceed to question 9 and answer question 9 **ONLY** for the Alleged Trade Secrets for which your answer to question 8 is yes. If you answered no to all parts of question 8, please skip to question 13.

**Question 9.** Did Aerosonic prove, by a preponderance of the evidence, that Joby misappropriated any of the Alleged Trade Secrets?

| | |
|---|---|
| Alleged Trade Secret No. 1 | Yes ✓ No ___ |
| Alleged Trade Secret No. 2 | Yes ✓ No ___ |
| Alleged Trade Secret No. 3 | Yes ✓ No ___ |
| Alleged Trade Secret No. 4 | Yes ✓ No ___ |
| Alleged Trade Secret No. 6 | Yes ✓ No ___ |
| Alleged Trade Secret No. 10 | Yes ✓ No ___ |
| Alleged Trade Secret No. 12 | Yes ✓ No ___ |
| Alleged Trade Secret No. 14 | Yes ✓ No ___ |
| Alleged Trade Secret No. 16 | Yes ✓ No ___ |
| Alleged Trade Secret No. 18 | Yes ✓ No ___ |
| Alleged Trade Secret No. 21 | Yes ✓ No ___ |
| Alleged Trade Secret No. 22 | Yes ✓ No ___ |
| Alleged Trade Secret No. 23 | Yes ✓ No ___ |
| Alleged Trade Secret No. 24 | Yes ✓ No ___ |
| Alleged Trade Secret No. 26 | Yes ✓ No ___ |
| Alleged Trade Secret No. 29 | Yes ✓ No ___ |
| Alleged Trade Secret No. 32 | Yes ✓ No ___ |
| Alleged Trade Secret No. 33 | Yes ✓ No ___ |
| Alleged Trade Secret No. 35 | Yes ✓ No ___ |
| Alleged Trade Secret No. 37 | Yes ✓ No ___ |

| | |
|---|---|
| Alleged Trade Secret No. 39 | Yes ✓ No ____ |
| Alleged Trade Secret No. 40 | Yes ✓ No ____ |
| Alleged Trade Secret No. 41 | Yes ✓ No ____ |
| Alleged Trade Secret No. 48 | Yes ✓ No ____ |
| Alleged Trade Secret No. 49 | Yes ✓ No ____ |
| Alleged Trade Secret No. 50 | Yes ✓ No ____ |

If you answered yes to any part of question 9, proceed to question 10 and answer question 10 **ONLY** for the Alleged Trade Secrets for which your answer to question 9 is yes. If you answered no to all parts of question 9, please skip to question 13.

**Question 10**. Damages for trade secret misappropriation.

Determine the damages, if any, that Aerosonic proved by a preponderance of the evidence were caused by Joby's misappropriation. Use the measures of actual loss and unjust enrichment explained in the Court's instructions.

Identify below each trade secret or group of trade secrets supported by the evidence and the Court's instructions on which you base a damages finding. List the trade secret number or numbers in the first column. Include only numbers for which you answered yes to question 9. A group award must be supported by the evidence for the trade secrets you found proven.

Do not count the same loss or benefit more than once. In the unjust enrichment column, include only amounts not already included in the actual

loss. Do not reduce either column because the same harm is also recoverable for breach of the NDA; identify that overlap separately in question 10.d.

Leave unused rows blank.

| Trade Secret Number or Numbers | Actual Loss | Additional Unjust Enrichment |
|---|---|---|
| 1 | $ 445,569 | $ 704,832 |
| 2 | $ 445,569 | $ 704,832 |
| 3 | $ 445,569 | $ 704,832 |
| 4 | $ 445,569 | $ 704,832 |
| 6 | $ 445,569 | $ 704,832 |
| 10 | $ 445,569 | $ 704,832 |
| 12 | $ 445,569 | $ 704,832 |
| 14 | $ 445,569 | $ 704,832 |
| 16 | $ 445,569 | $ 704,832 |
| 18 | $ 445,569 | $ 704,832 |
| 21 | $ 445,569 | $ 704,832 |
| 22 | $ 445,569 | $ 704,832 |
| 23 | $ 445,569 | $ 704,832 |
| 24 | $ 445,569 | $ 704,832 |
| 26 | $ 445,569 | $ 704,832 |

| | | |
|---|---|---|
| 29 | $ 445,569 | $ 704,832 |
| 32 | $ 445,569 | $ 704,832 |
| 33 | $ 445,569 | $ 704,832 |
| 35 | $ 445,569 | $ 704,832 |
| 37 | $ 445,569 | $ 704,832 |
| 39 | $ 445,569 | $ 704,832 |
| 40 | $ 445,569 | $ 704,832 |
| 41 | $ 445,569 | $ 704,832 |
| 48 | $ 445,569 | $ 704,832 |
| 49 | $ 445,569 | $ 704,832 |
| 50 | $ 445,569 | $ 704,832 |

**Part 10.a.** Total actual loss from the table above:

$ 11,584,782

**Part 10.b.** Total additional unjust enrichment from the table above:

$ 18,325,634

**Part 10.c.** Total DTSA compensatory damages. Add your answers to parts 10.a and 10.b:

$ 29,910,416

**Part 10.d.** Overlap with NDA damages. Of the amount stated in part 10.c, what amount compensates for the same harm included in your answer to question 4, after subtracting any amount stated in question 6?

If you did not answer question 4 or if there is no overlap, enter "0." If you did not answer question 6, treat its amount as zero. The overlap cannot exceed either the amount in part 10.c or the amount in question 4 after that subtraction. Do not subtract the overlap from your answer to part 10.c. The Court will prevent a duplicate recovery for the same harm.

$______ 0 ______

Proceed to question 11.

**Question 11**. Did Aerosonic prove, by a preponderance of the evidence, that Joby's misappropriation of Aerosonic's trade secrets was both willful and malicious?

Yes ✓ No ___

If your answer to question 11 is yes, answer question 12. If you answered no, skip to question 13 below.

**Question 12**. What exemplary damages, if any, do you award Aerosonic in addition to the DTSA compensatory damages stated in question 10.c?

$______ 18,325,634 ______

Proceed and follow the instructions.

## Additional Findings on Joby's Affirmative Defenses

If you answered yes to any part of question 2, answer questions 13-17. If you answered yes to any part of question 9, answer questions 13-16 and 18. If you answered no to all parts of questions 2 and 9, skip to question 19.

Answer these additional questions separately from the preceding liability and damages questions. Do not change your preceding answers because of your answers here. The Court will determine the legal effect of these additional findings.

**Question 13.** Unclean Hands:

Did Joby prove, by a preponderance of the evidence, that Aerosonic has unclean hands?

Yes ___ No _✓_

**Question 14.** Laches:

Did Joby prove, by a preponderance of the evidence, that Aerosonic's lawsuit against Joby was not filed within a reasonable time?

Yes ___ No _✓_

**Question 15.** Estoppel:

Did Joby prove, by a preponderance of the evidence, that Aerosonic is estopped from claiming that Joby was required to treat information obtainable from the air data probes Joby purchased from Aerosonic as trade secrets or Proprietary Information?

Yes ___ No ✓

**Question 16.** Waiver:

Did Joby prove, by clear and convincing evidence, that Aerosonic knowingly and voluntarily gave up its right to require Joby to protect the information obtainable from the air data probes Joby purchased from Aerosonic as trade secrets or Proprietary Information?

Yes ___ No ✓

**Question 17.** Defense to breach of the NDA – *in pari delicto*:

Did Joby prove, by a preponderance of the evidence, that Aerosonic is equally responsible for the harmful conduct at issue related to the NDA?

Yes ___ No ✓

**Question 18.** Defense to misappropriation – *in pari delicto*:

Did Joby prove, by a preponderance of the evidence, that Aerosonic is equally responsible for the harmful conduct at issue related to Joby's alleged trade secret misappropriation?

Yes ___ No _✓_

Proceed to question 19.

## Joby's Claim for Breach of the NDA

**Question 19**. Did Joby prove, by a preponderance of the evidence, that Aerosonic breached the NDA?

Yes ___ No _✓_

If your answer to question 19 is yes, then answer question 20. If you answered no to question 19, skip to question 26.

**Question 20**. What amount of money, if any, will fairly and reasonably compensate Joby for the damages caused by Aerosonic's breach of the NDA?

$_____N|A_________

Proceed to question 21.

**Question 21.** Did Aerosonic prove, by a preponderance of the evidence, that Joby failed to mitigate its damages?

Yes _✓_ No ___

If your answer to question 21 is yes, then answer question 22. If you answered no to question 21, proceed to question 23.

**Question 22.** What amount of money should be deducted from the amount you awarded Joby in response to question 20 for Joby's failure to mitigate its damages?

$_0 N/A_

Proceed to question 23.

**Additional Findings on Aerosonic's Affirmative Defenses**

If you answered yes to question 19, answer questions 23-25. If you answered no to question 19, skip to question 26.

Answer these additional questions separately from the preceding liability and damages questions. Do not change your preceding answers because of your answers here. The Court will determine the legal effect of these additional findings.

**Question 23.** Unclean Hands:

Did Aerosonic prove, by a preponderance of the evidence, that Joby has unclean hands?

Yes ___ No ___

**Question 24.** Laches:

Did Aerosonic prove, by a preponderance of the evidence, that Joby's lawsuit against Aerosonic was not filed within a reasonable time?

Yes ___ No ___

**Question 25.** Estoppel:

Did Aerosonic prove, by a preponderance of the evidence, that Joby is estopped from claiming that Aerosonic breached the NDA?

Yes ___ No ___

Proceed to question 26.

## Joby's Claim for Breach of Implied Warranty and/or Fitness

**Question 26.** Did Joby prove, by a preponderance of the evidence, that Aerosonic is liable for breach of the implied warranty of merchantability and/or fitness?

Yes ___ No ✓

If your answer to question 26 is yes, then answer question 27. If you answered no to question 26, have the foreperson sign and date this form and answer no further questions.

**Question 27.** What amount of money will fairly and reasonably compensate Joby for the damages caused by Aerosonic's breach of implied warranty of merchantability and/or fitness?

Count the same harm only once even if you found a breach of both implied warranties.

$ 0

There are no further questions. Have the foreperson sign and date this form.

Signed:

[redacted]

Foreperson

Dated: October 02, 2026

After the verdict form has been signed, notify the courtroom security officer.